**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIZABETH VILLA,<br>628 Lindeman Drive<br>Mason, OH 45150<br><br>       PLAINTIFF<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION<br>59 Route 10<br>One Health Plaza<br>East Hanover, NJ 07936-1080<br><br>       DEFENDANT. | )<br>)<br>)<br>)<br>)  Case: 1:07-cv-01568-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia and Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

    1.    Parent Companies:

        (a) Novartis Finance Corporation, a New York corporation;

        (b) Novartis Corporation, a New York corporation;

        (c) Novartis Holding, AG, a Swiss company; and

        (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

(a) Novartis AG indirectly owns a 100% interest in NPC.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 2, 2007

s/Katharine Latimer
Joe G. Hollingsworth
(D.C. Bar No. 203273)
Katharine R. Latimer
(D.C. Bar No. 405137)
Robert E. Johnston
(D.C. Bar No. 447475)
Gary I. Rubin
(D.C. Bar No. 379730)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
*Attorneys for Defendant*
*Novartis Pharmaceuticals*
*Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 2d day of October 2007, served a true and correct copy of the foregoing document of Defendant Novartis Pharmaceuticals Corporation, by operation of the Court's Electronic Case filing system on the following:

Bart T. Valad, Esq.
(D.C. Bar No. 462814)
John J. Vecchione, Esq.
(D.C. Bar No. 431764)
Valad and Vecchione, PLLC
3863 Plaza Drive
Fairfax, VA 22030
Telephone (703) 352-4800
Fax (703) 352-4820

s/Katharine Latimer
Katharine Latimer